_AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| LELAND W. CHASTEEN | |
| 2330 D STREET | Case Number: 3-06-MJ-00044-JDR |
| ANCHORAGE, AK | |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 10, 2006 in Anchorage County, in the Municipality of Anchorage District of Alaska shall, where the acts in defendant(s) did,

*(Track Statutory Language of Offense)*

102-74.390- (a) Created loud or unusual noise or a nuisance; (c) Otherwise impeded or disrupted the performance of official duties by Government employees.

in violation of Title 41 Code of Federal Regulations 102-74.390 (a) & (c).

I further state that I am a(n) Law Enforcement Officer and that this complaint is based on the following facts:
*Official Title*

See attached affidavit.

Continued on the attached sheet and made a part of this complaint:  ✠ Yes   ☐ No

/s/ Bert C. Heitstuman
Signature of Complainant

Bert C. Heitstuman
Printed Name of Complainant

Sworn to before me and signed in my presence,

at Anchorage, Alaska
City and State

Date  February 13, 2006

John D. Roberts, U.S. Magistrate Judge          /s/ John D. Roberts   (SEAL AFFIXED)
Name and Title of Judge                          Signature of Judge