**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA  )
                          )   No. 3:06-MJ-00044-JDR
            PLAINTIFF,    )
                          )   Affidavit in Support
            vs.           )   of Criminal Complaint
                          )
Leland W. Chasteen        )
                          )
            DEFENDANT.    )
                          )
```

I, Inspector Bert C. Heitstuman of the United States Department of Homeland Security Immigrations and Customs Enforcement-Federal Protective Service, being duly sworn, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief.

I am an Inspector with the Federal Protective Service (FPS), United States Department of Homeland Security, and have been working with the FPS for five months. In that capacity, I investigate violations of the Federal Criminal Codes, Code of Federal Regulations and related offenses.

1. The information in this affidavit is based on personal knowledge of the investigation and those of other officers of the Federal Protective Service and an Agent of the Federal Bureau of Investigation against Leland W. Chasteen.

2. This affidavit is made in support of a request for a Criminal Complaint against CHASTEEN, in relation to disorderly conduct

1

      inside a federal facility,(FBI building) at 101 E. 6th Ave. Anchorage, AK on February 10, 2006.

3. Chasteen did knowingly and willingly conduct himself in a disorderly manner inside the Federal Bureau of Investigations building by yelling and cursing and banging his fist against a plexi-glass window.

4. Chasteen did also conduct himself in a disorderly manner by threatening to kill not only other person(s), but himself as well.

5. Chasteen had to be forcefully detained and restrained by a Federal Bureau of Investigation Special Agent, John C. Holland, Jr.

6. Chasteen was advised of his Miranda rights by Federal Protective Service officer Tracy L. Miller. Chasteen waived his right to counsel and agreed to speak with officers, but did not provide any information in relation to the charges noted above.

7. Chasteen was then remanded to the Anchorage Correctional Center East pending an Initial Appearance in US District Court.

Under penalty of perjury, I swear the above to be true.

              /s/Bert C. Heitstuman
              Bert C. Heitstuman
              Inspector, Federal Protective Service

SUBSCRIBED AND SWORN to before me this 13th day of February 2006.

              /s/ John D. Roberts (SEAL AFFIXED)
              United States Magistrate Judge