Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND WALKER CHASTEEN,<br><br>　　　　　Defendant. | NO. A06-0044 MJ (JDR)<br><br>**ENTRY OF APPEARANCE** |

　　　　Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant LELAND M. CHASTEEN in the above-captioned action.

　　　　DATED at Anchorage, Alaska this 14th day of February 2006.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Kevin F. McCoy
　　　　　　　　Assistant Federal Defender
　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　907-646-3400
　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on February 14, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

*United States v. Leland M. Chasteen*
Case No. A06-0044 MJ (JDR)                                                                                          Page 2