MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. LELAND W. CHASTEEN        CASE NO. 3:06-mj-00044-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        ROBIN M. CARTER

UNITED STATES' ATTORNEY:        CRANDON RANDELL

DEFENDANT'S ATTORNEY:        KEVIN MCCOY - APPOINTED

U.S.P.O.:        CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD 2/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:34 p.m. court convened.

X Copy of Complaint given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X PLEA: Not guilty to count 1 of the Complaint.

X Defendant detained/Detention Hearing set for **February 14, 2006 at 2:30 p.m.**  Order of Temporary Detention **FILED.**

X Pretrial motions due 2/28/06; Order for the Progression of a Criminal case **FILED.**

X Counsel advised no trial date has been set.

X OTHER: Meet and confer date 2/13/06 by close of business.

At 3:50 p.m. court adjourned.


DATE:   February 13, 2006        DEPUTY CLERK'S INITIALS: rc