Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>LELAND WALKER CHASTEEN,<br><br>           Defendant. | Case No. 3:06-mj-0044-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE STATUS HEARING TO WEDNESDAY AFTERNOON FEBRUARY 22, 2006** |

       Leland Chasteen, by his counsel, asks this court for an order on shortened time continuing the status hearing in this matter to the afternoon of February 22, 2006.  A continuance is necessary because Mr. Chasteen has begun to voluntarily take psychotropic medications which will enhance his ability to cooperate with counsel and prepare his defense.

       The government does not oppose this request.

       This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1, and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 16th day of February, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:            907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:

I certify that on February 16, 2006, a copy of
the foregoing document, with attachments, was
served electronically on:

Crandon Randell, Esq.

s/Kevin F. McCoy