UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>LELAND WALKER CHASTEEN,<br><br>                Defendant. | Case No. 3:06-mj-0044-JDR<br><br>**PROPOSED<br>ORDER CONTINUING<br>STATUS HEARING** |

On consideration of the defendant's unopposed shortened time request to continue the status hearing;

It is hereby ordered that the motion is granted.  A status hearing shall be held in this matter on February _____, 2006, at the hour of _____m.

Done at Anchorage, Alaska, this _____ day of February, 2006.

_____
John D. Roberts
United States Magistrate Judge