Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>LELAND WALKER CHASTEEN,<br><br>        Defendant. | Case No. 3:06-mj-0044-JDR<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn, upon oath, deposes and says as follows:

1.    I am the attorney for Leland Chasteen.

2.    The court set a status hearing for February 17, 2006, at 10:45 a.m.

3.    The purpose of this motion is to ask that the status hearing be continued to Wednesday afternoon, February 22, 2006.

4.    Mr. Chasteen is currently in Mike Mode at the Anchorage Jail Complex West. Mike Mode is where inmates with mental difficulties are housed.

5.     On February, 16, 2006, I spoke with Mr. Chris McMichael, a social worker assigned to Mike Mode. Mr. McMichael advised me that Mr. Chasteen has elected to voluntarily resume his psychotropic medications to improve his ability to cope with his situation.

6.     I am asking the court to delay the status hearing until the afternoon of February 22, 2006, to see what effect these psychotropic medications will have on Mr. Chasteen's ability to assist in his defense.

7.     On February 16, 2006, I spoke with Assistant United States Attorney Crandon Randell. Mr. Randell indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED and SWORN to before me this 16th day of February, 2006.



STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 03/14/2007