UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LELAND WALKER CHASTEEN,<br><br>        Defendant. | Case No. 3:06-mj-0044-JDR<br><br>**ORDER CONTINUING<br>STATUS HEARING** |

On consideration of the defendant's unopposed shortened time request to continue the status hearing;

It is hereby ordered that the motion is granted. A status hearing shall be held in this matter on February 22, 2006, at the hour of 1:30 a.m.

DATED this ___16th___ day of February, 2006, at Anchorage, Alaska.

   /s/ JOHN D. ROBERTS
JOHN D. ROBERTS
United States Magistrate Judge