IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Leland W. Chasteen_

CASE NO: _3:06-MJ-00044-JDR_

---

Defendant _Leland W. Chasteen_,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s).

____ Paid cash bail in the amount of _____ to the Clerk of Court.

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____ Surrendered passport to the Clerk of Court.

_X_ Other: _____
_____
_____

Dated at _Anchorage_, Alaska this _28_ day of _February_, 20_06_.

_JDR_
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal