UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>　vs.<br><br>LELAND W. CHASTEEN,<br><br>　　　　　Defendant. | 3:06-mj-00044-JDR<br><br>**JUDGMENT OF DISCHARGE** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The court has returned its verdict, finding the defendant NOT GUILTY; as charge in Count 1 of the Complaint.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

DATED this 28th day of February, 2006 at Anchorage, Alaska.

　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　United States Magistrate Judge